

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00115-CV

**UNIVERSITY OF THE INCARNATE WORD**,
Appellant

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually, and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

In this interlocutory appeal, Appellees Valerie and Robert Redus have filed a Motion for Declaration as to an Automatic Stay of Trial Court Proceedings. On November 11, 2021, Appellant University of the Incarnate Word filed a response to the motion. On November 12, 2021, appellees filed a reply to appellant's response. After considering the motion, the response, and the reply filed, we grant appellees' motion and conclude that the automatic stay under section 51.014 of the Texas Civil Practice and Remedies Code does not apply to this case.

It is so **ORDERED** December 15, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT

